STATE OF NEW JERSEY v. SAMUEL SEABROOK.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD W. TELEPO.

September 27, 1988.

Petition for certification denied.

OCEAN GROVE CAMP MEETING ASSOCIATION v.
TOWNSHIP OF NEPTUNE.

September 27, 1988.

Petition for certification denied.

OCEAN GROVE CAMP MEETING ASSOCIATION OF THE
UNITED METHODIST CHURCH, ET AL. v. TOWNSHIP
OF NEPTUNE.

September 27, 1988.

Petition for certification denied.